IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 cr 72-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JUAN C. VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion to Waive Appearance at Arraignment (#21) filed by counsel for Defendant. It appears to the undersigned that the Government consents to the motion, however, Defendant will be required to file a Waiver of Arraignment which is signed by Defendant consistent with the Local Rules of Criminal Procedure. Defendant's counsel will be required to appear at the arraignment hearing on behalf of Defendant.

Based upon the foregoing, the undersigned has determined to enter an Order allowing the motion, subject to Defendant filing a Waiver of Arraignment signed by Defendant and Defendant's counsel appearing at the arraignment.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Waive Appearance at Arraignment (#21) is hereby **ALLOWED** subject to the conditions set forth above.

1

Signed: August 7, 2017

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge